## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GO LAB, INC., *et al.,*[1] | ) Case No. 25- 10557 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**Global Notes and Statement of Limitations, Methodology, and Disclaimer regarding the Debtors' Schedules and Statements**

The above-captioned debtors and debtors in possession (each a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>"), have filed their Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statements of Financial Affairs (the "<u>SOFAs</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Debtors, with the assistance of their advisors, prepared the Schedules and SOFAs in accordance with section 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").

Susan Woods has signed the Schedules and SOFAs as the Debtors' interim Chief Financial Officer. In reviewing and signing the Schedules and SOFAs, Ms. Woods has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtors' operations. Ms. Woods has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Debtors are contemporaneously filing these *Global Notes, Reservations of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and SOFAs* (the "<u>Global Notes</u>") as a supplement to and integral part of their Schedules and SOFAs. These are incorporated by reference into each of the Schedules and SOFAs, and should be reviewed in connection with any review of the Schedules and SOFAs.

The Debtors' Schedules and SOFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to the financial statements of the Debtors. The Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFAs reflect the Debtors' reasonably best efforts to report the assets and liabilities of the Debtors. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not an

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): GO Lab, Inc. (0447) and GO Lab Madison, LLC (6162). The Debtors' corporate headquarters are located at 1 Main Street, PO Box 119, Madison, ME 04950.

admission that the Debtors were solvent at the Petition Date (as defined herein) or at any time prior to the Petition Date. Likewise, to the extent that the Debtors show more liabilities than assets, this is not an admission that the Debtors were insolvent at the Petition Date or any time prior to the Petition Date.

In preparing the Schedules and SOFAs, the Debtors relied on financial data derived from their books and records that were available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and SOFAs. As a result, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and SOFAs as is necessary or appropriate.

Nothing contained in the Schedules and SOFAs shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant applicable laws to recover assets or avoid transfers.

**Reservation of Rights**

In particular, the Debtors note that the listing of a claim or a contract with the Debtors does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to disclaim or dispute such claim or contract as attributable to the Debtors. The Debtors reserve the right to remove any contract or claim from the Schedules and SOFAs whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, the Debtors reserve the right to object to any listed claim on the grounds that, among other things, such claim has already been satisfied. The Debtors reserve the right to dispute or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification and reserves the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent" and/or "unliquidated, whether by amending the Schedules and SOFAs or in another appropriate filing.

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E/F part 1 as "unsecured priority" or (iii) on Schedule E/F part 2 as "unsecured nonpriority," does not constitute a waiver of any of the Debtors' rights to recharacterize, reclassify, recategorize, or redesignate such claim. Further, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease, and is not a waiver of the Debtors' right to recharacterize, reclassify, or dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and SOFAs, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. The Debtors may also possess contingent and unliquidated claims against affiliated entities for

various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things: (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, and (v) indemnities. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither the Global Notes nor the Schedules nor the SOFAs shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

**Totals**

All totals that are included in the Schedules and SOFAs represent totals of all known and estimated amounts included in the Schedules and SOFAs. To the extent that there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, SOFAs and Global Notes may significantly understate the Debtors' liabilities.

**Recharacterization**

Notwithstanding that the Debtors have made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtors nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFAs at a later time as is necessary or appropriate.

**Liabilities**

The Debtors have allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend or supplement the Schedules and SOFAs as is necessary or appropriate.

The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**Exclusions**

The Debtors have excluded certain categories of assets and liabilities from the Schedules and SOFAs such as goodwill and certain other intangible assets, accrued but unbilled accounts payable, and certain assets with a net book value of zero. Other non-material assets and liabilities may have also been excluded.

**Currency**

Unless otherwise indicated, all amounts listed are in U.S. dollars. Any applicable non-U.S. currencies have been converted to U.S. dollars.

**Fair Market Value; Book Value**

The Schedules and SOFAs reflect net book values for assets as of the Petition Date as reflected in the Debtors' books and records, except with respect to the value of collateral in Schedule D, which utilizes appraised values of such collateral. Amounts ultimately realized may vary from net book value, and such variance may be material. Except as may be otherwise stated herein, the asset amounts listed do not include certain material write-downs that may be necessary. Cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values or because the value of such assets are subject to material contingencies as of the Petition Date.

**Receivables**

All receivables are estimates and subject to change and risk of collection. Accounts receivable do not include intercompany receivables.

**Leases**

Nothing in the Schedules or SOFA (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues.

The Debtors lease certain equipment under various operating lease agreements. These equipment and facilities leases are or will be reported on Schedule G. To the extent that there was an amount outstanding under any of these agreements as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F part 2 of each Debtor.

**Estimates**

To prepare and file the Schedules in accordance with the deadline established in these Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of the Petition Date. The Debtors reserve the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**Fiscal Year**

The Debtors' fiscal years end on December 31.

**Claims of Third-Party Related Entities**

Although the Debtors have made reasonable efforts to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified claims of a creditor as disputed, unliquidated, and/or contingent, all claims of such creditor's affiliates listed in the Schedules shall similarly be considered as disputed, unliquidated, and/or contingent, whether or not they are designated as such.

**Effect of Payments Made Pursuant to "First Day" Orders on Scheduled Claim Amount**

The Bankruptcy Court has authorized the Debtors to pay certain pre-Petition Date claims, as set forth in the "first day" orders entered in these cases. Thus, Schedule E/F part 2 generally does not include prepetition liabilities that have been paid after the Petition Date. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for certain payments made after the Petition Date pursuant to the authority granted to the Debtors by the Bankruptcy Court. However, the estimate of claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code, or orders of the Bankruptcy Court.

**Setoffs**

The Debtors occasionally incur setoffs from third parties during the ordinary course of business. Setoffs in the ordinary course can result from various routine transactions, including counterparty settlements, pricing discrepancies, and other disputes between the Debtors and third parties. Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtors' industry. In such instances, such ordinary course setoffs are excluded from the Debtors' responses to Question 6 of the SOFAs. The Debtors reserve all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Intellectual Property Rights**

The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Global Notes Control**

All of the Debtors' Schedules and SOFAs are subject to and qualified by the Global Notes. In the event that the Schedules and SOFAs differ from the Global Notes, ***the Global Notes shall control***.

<u>**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES**</u>

**Schedule A/ B, Part 2 – Deposits and Prepayments**

The Debtors' characterization of an asset listed in these schedules is not a legal characterization of either a deposit or a prepayment. The Debtors reserve all of their rights to re-categorize and/or recharacterize such assets at a later time as appropriate.

**Schedule A/B - Personal Property**

The Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and SOFAs, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G, subject to these Global Notes.

The equipment listed in Schedule A/B is provided without determination as to whether it is in fact a fixture and thus real estate.

**Schedule D - Creditors Holding Secured Claims**

Real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D.

The creditors listed on Schedule D have different relative priorities with respect to different items of collateral, making it impractical to describe the relative priorities in Schedule D. The priorities of each creditor are addressed in the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of GO Lab, Inc. and GO Lab Madison, LLC* [D.I. 97-1].

**Schedule E / F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims**

Claims listed on the Debtors' Schedules E / F include claims owed to various taxing authorities. However, the Debtors may be unable to determine with certainty the amounts of certain of the taxing authority claims. Therefore, the Debtors have generally listed such claims as undetermined in amount, pending final resolution of ongoing audits or disputes.

The unsecured non-priority claims of individual creditors for among other things, products, goods or services are listed as either the amounts invoiced by the creditor or the estimated amounts reflected on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The claims listed on Schedule E / F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be subject to dispute. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E /F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list respective dates for the claims listed on Schedule E / F.

## Schedule G - Unexpired Leases and Executory Contracts

The leases listed on Schedule G, and any other contracts that may be added, may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtors and such supplier or provider.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized, and/or may be subject to dispute. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G.

The Debtors have disclosed the term remaining on the contracts or leases in Schedule G unless the agreement is month-to-month or of perpetual duration, in which cases the Debtors left the term remaining blank.

To the extent that the Court determines that a particular contract is executory, the Debtors will amend Schedule G to add that contract.

## Schedule H – Codebtors

The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements.

## <u>SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SOFAs</u>

## SOFAs Item 4 – Insider Payments

Except as may be otherwise indicated in the Schedules and SOFAs, the Debtors have included payments made during the one-year period preceding the Petition Date to persons deemed "insiders," as that term is defined in section 101(31) of the Bankruptcy Code.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individuals, (c) the decision-making or corporate authority of such person, or (d) whether such person could successfully argue that he or she is not an "insider" under applicable law.

## SOFAs Item 7 – Litigation

Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and SOFAs. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

## SOFAs Item 26 – Books Records and Financial Statements

From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, customers, vendors, debtholders and their legal and financial advisors. Additionally, certain financial statements may have been provided to other parties as requested.

## SOFAs Item 32 – Pension Fund

The Debtors are not responsible for contributing to a pension plan. However, the Debtors maintain GO Lab Inc. 401k Profit Sharing Plan & Trust for the benefit of their employees.

## General Disclaimer

The Debtors have prepared the Schedules and SOFAs based on the information contained in the Debtors' books and records. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent that additional information becomes available, the Debtors will amend and supplement the Schedules and/or SOFAs.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | GO Lab, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 25-10557 |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | KeyBank | Reserve Account | 1680 | $8,722.00 |
| 3.2. | KeyBank | Reserve Account | 1680 | $98,587.00 |
| 3.3. | KeyBank | DACA Sweep | 6208 | $0.00 |
| 3.4. | KeyBank | DACA Sweep | 6208 | $463.00 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $107,772.00 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor    GO Lab, Inc.
_____    Case number *(If known)* 25-10557
Name

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    Madison Electric - Utility Deposit                                      $176,679.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                      $176,679.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: |  |  |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:   % of ownership |  |  |
| 15.1. | GO Lab Lending, LLC    95  % |  | Unknown |
| 15.2. | GO Lab Madison Holdings, LLC    100  % |  | Unknown |
| 15.3. | GO Lab Madison Finance, LLC    100  % |  | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: |  |  |

17.    **Total of Part 4.**                                                     $0.00
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Debtor  GO Lab, Inc.
_____Name_____

Case number *(if known)*  25-10557

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2023 Ford Explorer | $883.76 | N/A | $883.76 |
| 47.2.  2023 Ford Explorer | $491.40 | N/A | $491.40 |
| 47.3.  2023 Ford Escape ST (Hybrid) | $11,573.19 | N/A | $11,573.19 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|---|---|---|---|
| Critical Radiant Flux Panel | $11,020.55 | N/A | $11,020.55 |
| Cyclone Test Chamber | $5,007.89 | N/A | $5,007.89 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $28,976.79 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    GO Lab, Inc.
          Name                                           Case number *(If known)*  25-10557

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademarks: GO LAB (USA) TimberHP Logo (USA) TIMBERHP (USA) INSULATE BETTER. LIVE BETTER. (USA) TIMBERBOARD (USA) TIMBER BATT (USA) TIMBERFILL (USA) TRUTIMBER (USA) TimberHP Logo (Canada) TIMBERHP (Canada) INSULATE BETTER. LIVE BETTER. (Canada) TIMBERBOARD (Canada) TIMBERBATT (Canada) TIMBERFILL (Canada) TIMBERHP (EU) TimberHP Logo (International/WIPO) TIMBERHP (International/WIPO) INSULATE BETTER. LIVE BETTER. (International/WIPO) TIMBERBOARD (International/WIPO) TIMBERBATT (International/WIPO) TIMBERFILL (International/WIPO) TimberHP Logo (Norway) TIMBERHP (Norway) TIMBERFILL (Norway) TimberHP (Switzerland) TIMBERHP (Switzerland) TIMBERBATT (Switzerland) TimberHP Logo (UK) TIMBERHP (UK) TIMBERBATT (UK) TIMBERFILL (UK) | Unknown | N/A | Unknown |
| 61. **Internet domain names and websites** www.timberhp.com | Unknown | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

| Debtor | GO Lab, Inc. | Case number *(If known)* 25-10557 |
|---|---|---|
| | Name | |

65.     **Goodwill**

66.     **Total of Part 10.**

         Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ■ No
         ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    GO Lab, Inc.
_____    Case number *(if known)* 25-10557
          Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $107,772.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $176,679.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $28,976.79 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $313,427.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $313,427.79 |

**Fill in this information to identify the case:**

Debtor name          GO Lab, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    25-10557

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Andrew Linegar<br><br>Creditor's Name<br><br>6 Ambergris Road<br>Vinalhaven, ME 04863<br><br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>All personal property | $143,378.00 | $0.00 |

Describe the lien
Unperfected Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
4/17/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** Arlene Portney & Stephen Veach<br><br>Creditor's Name<br><br>3 Oregon Hollow Road<br>Armonk, NY 10504<br><br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>All personal property | $69,262.00 | $0.00 |

Describe the lien
Unperfected Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
4/9/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | GO Lab, Inc. | | Case number (if known) | 25-10557 |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | D.R. Horton |
|---|---|

**Creditor's Name**

D.R. Opportunities I, Inc.
Attn: Brad Conlon, SVP Bus. Dev.
1341 Horton Circle
Arlington, TX 76011
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
5/30/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**
Security Interest
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,083,288.00    Unknown

---

| 2.4 | Diversified Communications |
|---|---|

**Creditor's Name**

121 Free Street
Portland, ME 04101
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/13/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**
Unperfected Security Interest
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$884,669.00    $0.00

---

| 2.5 | Entrust Group, Inc. |
|---|---|

**Creditor's Name**

FBO Curtis R Welling IRA
18 Upper Pasture Road
Norwich, VT 05055
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**
Unperfected Security Interest

$288,034.00    $0.00

---

Debtor  GO Lab, Inc.  Case number (if known)  25-10557
_____ Name _____

Creditor's email address, if known
_____

**Date debt was incurred**
4/20/2024
**Last 4 digits of account number**
6182
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | GH Woodfiber Fund IV, LLC | Describe debtor's property that is subject to a lien | $1,297,514.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
c/o GH Woodfiber Fund II, LLC
39 Hillshire Drive
Lake Oswego, OR 97034
Creditor's mailing address

Describe debtor's property that is subject to a lien
All personal property

**Describe the lien**
Subordinated Security Interest
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**
2/13/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Grassi Family Trust | Describe debtor's property that is subject to a lien | $294,890.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
c/o Anthony P. Grassi, Trustee
363 Belfast Road
Camden, ME 04843
Creditor's mailing address

Describe debtor's property that is subject to a lien
All personal property

**Describe the lien**
Unperfected Security Interest
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**
2/13/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | GO Lab, Inc. | Case number (if known) | 25-10557 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Justin & Ilona Veach | **Describe debtor's property that is subject to a lien** | $46,123.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | All personal property | | |

9 Lorraine Street
Glen Ridge, NJ 07028
Creditor's mailing address

**Describe the lien**
Unperfected Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/10/2024
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | Open Prairie Rural Opportunities Fund LP | **Describe debtor's property that is subject to a lien** | $1,631,535.00 | $400.00 |
|---|---|---|---|---|
| | Creditor's Name | Membership interest in Go Lab Madison Holdings, LLC; reserve account at Key Bank | | |

400 East Jefferson
Attn: Jason Wrone
Effingham, IL 62401
Creditor's mailing address

**Describe the lien**
Subordinated Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/312021
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 0 | Saint-Gobain Delaware Corporation | **Describe debtor's property that is subject to a lien** | $10,909,589.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | All personal property | | |

20 Moores Road
Malvern, PA 19355
Creditor's mailing address

**Describe the lien**
Security Interest

---

| Debtor | GO Lab, Inc. | | Case number (if known) | 25-10557 |
|---|---|---|---|---|
| | Name | | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

4/30/2024

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.11** Skowhegan Savings Bank

Creditor's Name

P.O. Box 250
Skowhegan, ME 04976

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

2023 Ford Explorer

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$29,122.00          $30,005.76

---

**2.12** Skowhegan Savings Bank

Creditor's Name

P.O. Box 250
Skowhegan, ME 04976

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

2023 Ford Explorer

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$30,642.00          $31,133.40

---

Debtor    GO Lab, Inc.
_____
Name                                              Case number (if known)    25-10557
_____

■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 3 | Skowhegan Savings Bank | **Describe debtor's property that is subject to a lien** | $16,291.00 | $27,864.19 |

Creditor's Name

2023 Ford Escape

P.O. Box 250
Skowhegan, ME 04976
_____
Creditor's mailing address                  **Describe the lien**
                                            _____

                                            **Is the creditor an insider or related party?**
_____    ■ No
Creditor's email address, if known          □ Yes

                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
                                            □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        □ Contingent
□ Yes. Specify each creditor,               □ Unliquidated
including this creditor and its relative    □ Disputed
priority.

---

| 2.1 4 | Steven Derrey | **Describe debtor's property that is subject to a lien** | $79,999.00 | $0.00 |

Creditor's Name

All personal property

1394 S 900 E
Salt Lake City, UT 84105
_____
Creditor's mailing address                  **Describe the lien**
                                            Unpefected Security Interest
                                            _____
                                            **Is the creditor an insider or related party?**
_____    ■ No
Creditor's email address, if known          □ Yes

                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
5/3/2024                                     □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        □ Contingent
□ Yes. Specify each creditor,               □ Unliquidated
including this creditor and its relative    □ Disputed
priority.

---

| 2.1 5 | Ulrik & Michaela Nielsen | **Describe debtor's property that is subject to a lien** | $143,785.00 | $0.00 |

Creditor's Name

All personal property

49 Sycamore Road
Quincy, MA 02171
_____
Creditor's mailing address                  **Describe the lien**
                                            Unpefected Security Interest

---

| Debtor | GO Lab, Inc. | Case number (if known) | 25-10557 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**
4/15/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**

**Victor Bogachev**
Creditor's Name

55 Lewis Street
Apt 513
Boston, MA 02128
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/4/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**
Unperfected Security Interest

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| $35,094.00 | $0.00 |

---

**2.17**

**Waldron Family Trust**
Creditor's Name

c/o Benjamin Waldron, Trustee
8605 SE 16th Avenue
Portland, OR 97202
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/13/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**
Unperfected Security Interest

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $235,912.00 | $0.00 |

---

Debtor    GO Lab, Inc.                                                    Case number (if known)    25-10557
_____
          Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $17,219,127.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kelley Drye & Warren LLP<br>Attn: Tim Lavender<br>333 West Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Line   2.9 | |

**Fill in this information to identify the case:**

Debtor name ___GO Lab, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (if known) ___25-10557___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address <br> State of Delaware <br> c/o Division of Corporations <br> 33 Lewis Road <br> Binghamton, NY 13905 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address <br> Acumen Recruiting <br> 6860 SW Atlanta Street <br> Portland, OR 97223 <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** __ <br> Is the claim subject to offset? ■ No ☐ Yes | $28,448.32 |
| 3.2 | Nonpriority creditor's name and mailing address <br> Alpine Group Partners, LLC <br> 500 N. Capitol Street NW <br> Suite 210 <br> Washington, DC 20001 <br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** __ <br> Is the claim subject to offset? ■ No ☐ Yes | $25,000.00 |

| Debtor | GO Lab, Inc. | Case number (if known) | 25-10557 |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Anthony Grassi
363 Belfast Road
Camden, ME 04843

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,417.00 |
|---|---|---|---|

Antony Maderal
3307 21st Avenue
Arlington, VA 22207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.00 |
|---|---|---|---|

Auxiliary Service Inc.
644 Whitehead Road
Lawrence Township, NJ 08648

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Catherine Robbins
53 Ghent Road
Searsmont, ME 04973

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641,047.53 |
|---|---|---|---|

Cianbro Corporation
101 Cianro Square
Pittsfield, ME 04967

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

Cision US Inc.
P.O. Box 417215
Boston, MA 02241-7215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.00 |
|---|---|---|---|

Damage Recovery
12 East Worcester Street
Worcester, MA 01604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GO Lab, Inc. | Case number (if known) | 25-10557 |
|---|---|---|---|

Name

---

**3.10**

**Nonpriority creditor's name and mailing address**
David Altman
317 SW Alder Street
Portland, OR 97204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.11**

**Nonpriority creditor's name and mailing address**
Dennis Pietro
5 Greentree Centre
525 Route 73 North, Suite 104
Marlton, NJ 08053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.12**

**Nonpriority creditor's name and mailing address**
Eldredge Lumber & Hardware, Inc.
P.O. Box 69
Cape Neddick, ME 03902

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$450.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Financial Authority of Maine
5 Community Drive
P.O. Box 949
Augusta, ME 04332-0949

**Date(s) debt was incurred**  8/23/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$553,309.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
Financial Authority of Maine
5 Community Drive
P.O. Box 949
Augusta, ME 04332-0949

**Date(s) debt was incurred**  8/16/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan Number 53

Is the claim subject to offset? ■ No ☐ Yes

$1,172,810.00

---

**3.15**

**Nonpriority creditor's name and mailing address**
GO Lab Madison, LLC
1 Main Street
P.O. Box 119
Madison, ME 04950

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$13,189.96

---

**3.16**

**Nonpriority creditor's name and mailing address**
Heidrick & Struggles Inc.
233 S. Wacker Drive
Suite 4900
Chicago, IL 60606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$75,219.48

---

| Debtor | GO Lab, Inc. | Case number (if known) | 25-10557 |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60,452.50 |
|---|---|---|---|
| | ICC NTA, LLC<br>306 N. Oakland Ave.<br>Nappanee, IN 46550 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,834.39 |
|---|---|---|---|
| | Intercorp Group<br>117 St. George Road<br>Ontario, N1E 1N0 Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Joshua Henry<br>47 Saturday Cove<br>Lincolnville, ME 04849 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62,093.23 |
|---|---|---|---|
| | Keider Consulting<br>Lisdorfer Street 11<br>Saarlouis, Sarrland, Germany 66740 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $148,061.00 |
|---|---|---|---|
| | Kennebec Valley Council of Governments<br>17 Main Street<br>Fairfield, ME 04937 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 8/13/2021 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.00 |
|---|---|---|---|
| | Madison Business Alliance<br>P.O. Box 172<br>Madison, ME 04950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $559,446.00 |
|---|---|---|---|
| | Maine Rural Development Authority<br>c/o Finance Authority of Maine<br>5 Community Drive<br>P.O. Box 949<br>Augusta, ME 04332-0949 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 3/6/2024 | **Basis for the claim:** Loan Number 18 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | GO Lab, Inc. | Case number *(if known)* | 25-10557 |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
Maine Rural Development Authority
c/o Finance Authority of Maine
5 Community Drive
P.O. Box 949
Augusta, ME 04332-0949

**Date(s) debt was incurred** 8/16/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan Number 77

Is the claim subject to offset? ■ No  ☐ Yes

$523,127.00

---

**3.25**

**Nonpriority creditor's name and mailing address**
Matthew O'Malia
91 Cedar Street
Belfast, ME 04915

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.26**

**Nonpriority creditor's name and mailing address**
Maul Foster & Alongi, Inc.
109 East 13th Street
Vancouver, WA 98660

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$14,858.75

---

**3.27**

**Nonpriority creditor's name and mailing address**
MCD Subsidiary CDE 16, LLC
c/o Mascoma Community Development, LLC
80 South Main Street
Hanover, NH 03755

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.28**

**Nonpriority creditor's name and mailing address**
MEMIC
P.O. Box 11409
Portland, ME 04104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5.65

---

**3.29**

**Nonpriority creditor's name and mailing address**
MHIC NE CDE II Subsidiary 64 LLC
c/o MA Housing Investment Corporation
21 Custom House Street, 8th Floor
Boston, MA 02110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.30**

**Nonpriority creditor's name and mailing address**
NYS Workers Compensation Board
P.O. Box 5530
Binghamton, NY 13902-5530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$513.67

---

| Debtor | GO Lab, Inc. | Case number (if known) | 25-10557 |
|--------|--------------|------------------------|----------|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
Oakley Dyer
121 Free Street
Portland, ME 04101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.32** | Nonpriority creditor's name and mailing address
OP/L

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$222,087.22

---

**3.33** | Nonpriority creditor's name and mailing address
Resourced Solutions, LLC
3307 21st Ave N
Arlington, VA 22207

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$90,000.00

---

**3.34** | Nonpriority creditor's name and mailing address
Small Enterprise Growth Fund
d/b/a Maine Venture Fund
P.O. Box 63
Newport, ME 04953

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,824,589.00

---

**3.35** | Nonpriority creditor's name and mailing address
Somerset Economic Development Corporatio
41 Court Street
Skowhegan, ME 04976

Date(s) debt was incurred 9/23/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$382,763.00

---

**3.36** | Nonpriority creditor's name and mailing address
Stantec Consulting Ltd.
P.O. Box 578
c/o Lockbox 310260
Calgary, AB T2P 2J2 Canada

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$226,092.02

---

**3.37** | Nonpriority creditor's name and mailing address
Stewardship Solutions Inc.
P.O. Box 1156
Baker City, OR 97814

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$18,617.14

---

| Debtor | GO Lab, Inc. | Case number (if known) | 25-10557 |
|---|---|---|---|
| | Name | | |

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Susan Woods<br>6 Bayview Street<br>Belfast, ME 04915 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415,420.00 |
|---|---|---|
| Town of Madison<br>P.O. Box 190<br>Madison, ME 04950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $972.39 |
|---|---|---|
| USDA Forest Service<br>1400 Independence Ave., SW<br>Washington, DC 20250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Victor Bogachev<br>55 Lewis Street<br>Apt 513<br>Boston, MA 02128 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,450.00 |
|---|---|---|
| Zonda Advisory<br>4000 MacArthur Blvd.<br>Newport Beach, CA 92660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 9,241,167.25 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 9,241,167.25 |

**Fill in this information to identify the case:**

Debtor name        GO Lab, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    25-10557

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    Consulting Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Claire Donnelly<br>78 Masonic Street<br>Rockland, ME 04841 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    Contract<br><br>State the term remaining<br><br>List the contract number of any government contract | Fishnet<br>51 Islington Street<br>Portsmouth, NH 03801 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    IT Consulting Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Flyte New Media<br>136 Commercial Street<br>Suite 201<br>Portland, ME 04101 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    Ford F-150 Lease<br><br>State the term remaining    7 months<br><br>List the contract number of any government contract | Ford Motor Company<br>P.O. Box 35911<br>Cleveland, OH 44135-0911 |

| Debtor 1 | GO Lab, Inc. | | | Case number *(if known)* | 25-10557 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Ford Explorer Lease | |
|---|---|---|---|
| | State the term remaining | 8 months | |
| | List the contract number of any government contract | _____ | Ford Motor Company<br>P.O. Box 35911<br>Cleveland, OH 44135-0911 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Gill Strategies, Inc.<br>95 Victor Avenue<br>Toronto, Ontario<br>M4K 1A7 Canada |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Testing and Certification | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | ICC NTA, LLC<br>306 N. Oakland Ave.<br>Nappanee, IN 46550 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Certification Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | ICC-ES, LLC<br>3060 Saturn Street, Suite 100<br>Brea, CA 92821 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Jay Field<br>21 Bayview Street<br>Belfast, ME 04915 |

Debtor 1  GO Lab, Inc.
    First Name      Middle Name      Last Name

Case number *(if known)*  25-10557

### ▪ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Trade Show Agreement | |
|---|---|---|---|
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | _____ | JLC Live<br>P.O. Box 411910<br>Boston, MA 02241-1910 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Subscription | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Living Future<br>P.O. Box 5874<br>Portland, OR 97228-5874 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | McCarthy Group<br>1 Merrill Industry Drive, Suite 16<br>Hampton, NH 03842 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | 3 years, 8 months | |
| | List the contract number of any government contract | _____ | Northport Engineering Consultants<br>47 Saturday Cove<br>Lincolnville, ME 04849 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Consulting and Software Subscription | |
|---|---|---|---|
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | _____ | One-Click<br>Suvilahdenkatu 10B, 00500<br>Helsinki, Finland |

Debtor 1  GO Lab, Inc.
_____
First Name        Middle Name        Last Name

Case number (*if known*)  25-10557

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement | |
|---|---|---|---|
| | State the term remaining | | OPAL Global, LLC |
| | List the contract number of any government contract | | 137 High Street |
| | | | Belfast, ME 04915 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | | OPAL Global, LLC |
| | List the contract number of any government contract | | 137 High Street |
| | | | Belfast, ME 04915 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | | Peak Advisory |
| | List the contract number of any government contract | | 22 Robert Drive |
| | | | Short Hills, NJ 07078 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | | Robert Half International, Inc. |
| | List the contract number of any government contract | | 2613 Camino Ramon |
| | | | San Ramon, CA 94583 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Commercialization Agreement | |
|---|---|---|---|
| | State the term remaining | | Saint Gobain CertainTeed Canada |
| | List the contract number of any government contract | | 2424 Lakeshore Road West |
| | | | Mississauga, ON, Canada |

| Debtor 1 | GO Lab, Inc. | | | Case number *(if known)* | 25-10557 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Joint Development Agreement | |
| | State the term remaining | | Saint-Gobain Delaware Corporation |
| | List the contract number of any government contract | | 20 Moores Road |
| | | | Malvern, PA 19355 |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Sales Contract | |
| | State the term remaining | 2 years | SalesForce.com |
| | List the contract number of any government contract | | 415 Mission Street |
| | | | San Francisco, CA 94105 |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Marketing Contract | |
| | State the term remaining | 2 years | SalesForce.com |
| | List the contract number of any government contract | | 415 Mission Street |
| | | | San Francisco, CA 94105 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Underwriter's Laboratory Certification (Canada TimberBatt) | |
| | State the term remaining | | UL Solutions LLC |
| | List the contract number of any government contract | | 333 Pfingsten Road |
| | | | Northbrook, IL 60062 |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Underwriter's Laboratory 2 (Testing and Expanded Certification US Timberfill) | |
| | State the term remaining | | UL Solutions LLC |
| | List the contract number of any government contract | | 333 Pfingsten Road |
| | | | Northbrook, IL 60062 |

| Debtor 1 | GO Lab, Inc. | | | Case number *(if known)* | 25-10557 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Underwriter's Laboratory 3 (Testing and Expanded Certification US Timberfill) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | UL Solutions LLC<br>333 Pfingsten Road<br>Northbrook, IL 60062 |

**Fill in this information to identify the case:**

Debtor name     GO Lab, Inc.

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     25-10557

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | GO Lab Madison Holdings, LLC | 1 Main Street P.O. Box 119 Madison, ME 04950 | MCD Subsidiary CDE 16, LLC | ☐ D _____  ■ E/F  3.27  ☐ G _____ |
| 2.2 | GO Lab Madison Holdings, LLC | 1 Main Street P.O. Box 119 Madison, ME 04950 | MHIC NE CDE II Subsidiary 64 LLC | ☐ D _____  ■ E/F  3.29  ☐ G _____ |
| 2.3 | GO Lab Madison, LLC | 1 Main Street P.O. Box 119 Madison, ME 04950 | MCD Subsidiary CDE 16, LLC | ☐ D _____  ■ E/F  3.27  ☐ G _____ |
| 2.4 | GO Lab Madison, LLC | 1 Main Street P.O. Box 119 Madison, ME 04950 | MHIC NE CDE II Subsidiary 64 LLC | ☐ D _____  ■ E/F  3.29  ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name      GO Lab, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    25-10557

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $676,206.00 |
| For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $6,521,573.00 |
| For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $2,659,570.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | Interest | $4,021.00 |
| For prior year:<br>From  1/01/2024 to 12/31/2024 | Interest | $61,268.00 |
| For year before that:<br>From  1/01/2023 to 12/31/2023 | Interest | $82,404.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Debtor    GO Lab, Inc.                                                    Case number *(if known)*   25-10557

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Anthem Blue Cross Blue Shield<br>2367 Congress Street<br>Portland, ME 04102 | | $42,488.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Claire Donnelly<br>78 Masonic Street<br>Rockland, ME 04841 | | $25,270.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | Cross Insurance<br>PO Box 1388<br>Bangor, ME 04402 | | $37,732.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Datasite LLC<br>773 Marquette Ave, Suite 600<br>Minneapolis, MN 55402 | | $14,802.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Finance Authority of Maine<br>5 Community Drive<br>Augusta, ME 04330 | | $18,635.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Principal Life Insurance Company<br>P.O. Box 77202<br>Minneapolis, MN 55480-7200 | | $16,861.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Robert Half International, Inc.<br>2613 Camino Ramon<br>San Ramon, CA 94583 | | $95,991.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | GO Lab, Inc. | Case number (if known) | 25-10557 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. State of Delaware<br>P.O. Box 5509<br>Binghamton, NY 13902-5509 | | $22,349.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Taxes_ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Northport Engineering Consultants<br>47 Saturday Cove Road<br>Northport, ME 04849<br>Board Member | 1/31/2025<br>2/14/2025<br>2/28/2025<br>3/14/2025<br>3/20/2025 | $66,278.14 | Stipend<br>Stipend<br>Stipend<br>Stipend<br>Reimbursement of Expenses |
| 4.2. OPAL Global, LLC<br>137 High Street<br>Belfast, ME 04915<br>Company Officer & Board Member | 3/29/24<br>4/22/24<br>5/13/24<br>5/28/24<br>6/10/24<br>6/24/24<br>7/8/24<br>7/19/24<br>8/1/24<br>8/21/24<br>9/13/24<br>9/27/24<br>10/10/24<br>10/25/24<br>11/7/24<br>11/22/24<br>12/5/24<br>12/20/24<br>1/3/25<br>1/17/25<br>2/14/25<br>1/31/25<br>2/28/25<br>3/14/25 | $159,442.00 | Management Services |
| 4.3. Susan Woods<br>6 Bayview Street<br>Belfast, ME 04915<br>Officer | 2/14/25 | $50,000.00 | Interim CFO Salary |
| 4.4. Scott Johnston<br>1 Strawberry Lane<br>North Yarmouth, ME 04097<br>Executive Team | 2/14/25 | $15,000.00 | Interim CSMO |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    GO Lab, Inc.                                             Case number *(if known)*    25-10557

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.    OPAL Global, LLC<br>137 High Street<br>Belfast, ME 04915<br>Company Officer  & Board Member | 3/14/2025 | $25,009.00 | Technical Consulting Services |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Nathan Saunders & Judy Hook<br>v. Go Lab, Inc., et al.,<br>1:21-cv-00245 | Civil | U.S. District Court for Dist. of Maine | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Debtor | GO Lab, Inc. | Case number *(if known)* | 25-10557 |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| Automobile Loss Claim | | 3/26/24 | $149.85 |

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Jefferies LLC 520 Madison Avenue New York, NY 10022 | | 10/1/2024 | $25,028.48 |
| | **Email or website address** www.jefferies.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 137 High Street Belfast, ME 04915 | 9/2018 - 12/2022 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   GO Lab, Inc.                                                    Case number (if known)   25-10557

---

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    GO Lab, Inc. _____    Case number *(if known)*  25-10557 _____

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    | --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    | --- | --- | --- |
    | 25.1.    GO Lab Madison Holdings, LLC | 100% owned subsidiary of GO Lab, Inc. | **EIN:**    87-1764700<br><br>**From-To**  7/2021 - Present |

---

Debtor   GO Lab, Inc.                                           Case number *(if known)*  25-10557

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** | | |
|---|---|---|---|---|
| 25.2.  GO Lab Madison Finance, LLC | 100% owned subsidiary of GO Lab, Inc. | **EIN:** | 87-2903957 | |
| | | **From-To** | 8/2021 - Present | |
| 25.3.  GO Lab Lending, LLC | 95% owned subsidiary of GO Lab, Inc. | **EIN:** | 87-2883644 | |
| | | **From-To** | 9/2021 - Present | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Michael Wallace (previous CFO)<br>1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | 11/2022 - 9/2024 |
| 26a.2.  Susan Woods<br>1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | 9/2024 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  BerryDunn<br>51 Sawyer Road<br>Waltham, MA 02453 | 2021 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Susan Woods<br>1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | N/A |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Wells Fargo Community Investment Holding<br>c/o Wells Fargo Comm Devel Enterprises<br>401 B Street, Suite 1100<br>MAC E2901-110<br>San Diego, CA 92101 |

Debtor    GO Lab, Inc.                                                          Case number (if known)   25-10557

| Name and address |
|---|
| 26d.2. | MCD Subsidiary CDE 16, LLC<br>c/o Mascoma Community Development, LLC<br>80 South Main Street<br>Hanover, NH 03755 |
| 26d.3. | MHIC NE CDE II Subsidiary 64 LLC<br>c/o MA Housing Investment Corp.<br>21 Custom House Street, 8th Floor<br>Boston, MA 02110 |
| 26d.4. | Finance Authority of Maine<br>5 Community Drive<br>P.O. Box 949<br>Augusta, ME 04332-0949 |
| 26d.5. | Citibank, N.A., Citi Agency & Trust<br>388 Greenwich Street, 4th Floor<br>New York, NY 10013 |
| 26d.6. | UMB Bank, N.A., Trustee<br>120 South Sixth Street<br>Suite 1400<br>Minneapolis, MN 55402 |
| 26d.7. | Open Prairie Rural Opportunities Fund LP<br>400 East Jefferson<br>Attn: Jason Wrone<br>Effingham, IL 62401 |
| 26d.8. | Somerset Economic Development Corporatio<br>41 Court Street<br>Skowhegan, ME 04976 |
| 26d.9. | Maine Venture Fund<br>POB 63<br>Newport, ME 04953 |
| 26d.10. | Diversified Communications<br>121 Free Street<br>Portland, ME 04101 |
| 26d.11. | Ruralworks Partners<br>Middlebury, VT 05753 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    GO Lab, Inc.                                                  Case number *(if known)*    25-10557

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Wallace | 1 Main Street P.O. Box 119 Madison, ME 04950 | Treasurer, CEO & CFO | 11/2022 - 9/2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| GO Lab Inc. | **EIN:**    82-1220447 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    GO Lab, Inc.                                    Case number *(if known)*  25-10557

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    Susan Woods  Digitally signed by Susan Woods
                            Date: 2025.04.22 15:44:59 -04'00'

_____          Susan Woods
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Interim CFO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com